

June 3, 2015



FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 3 2015

CHRISTOPHER A. PRINE
CLERK _____

***VIA COURIER***
**Hon. Christopher A. Prine**
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002

Re:     Cause No. 01-15-00449-CV, styled *Nestor Bilfredo Mena v. Dyck O'Neal, Inc.*, in the Court of Appeals, First District of Texas.

Dear Mr. Prine:

I am enclosing my check payable to the First Court of Appeals in the amount of $195.00 as payment of appellant Nestor Bilfredo Mena's appellate filing fee in the referenced cause. If you have any questions or concerns, please contact me at (713) 522-1177, x325.

Very truly yours,

David McDougald

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 3 2015

CHRISTOPHER A. PRINE
CLERK



# McDOUGALD
## ATTORNEY AT LAW

832.814.9046 | DAVID@DAVIDMCDOUGALDLAW.COM
2717 SOUTH GLEN HAVEN BLVD., HOUSTON, TEXAS 77025

**M**cDOUGALD
ATTORNEY AT LAW

2717 SOUTH GLEN HAVEN BLVD.
HOUSTON, TEXAS 77025



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 3 2015

CHRISTOPHER A. PRINE
CLERK

**Hon. Christopher A. Prine**
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002